UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orlando Alcantara Alcantara and Leonel Mendez Mendez,<br><br>       Plaintiffs,<br><br>-against-<br><br>Daquan I. Pettiford et al.,<br><br>       Defendants. | 25-CV-4810 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 11, 2025 Order, Dkt. 4, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, no later than September 17, 2025 ahead of the initial conference scheduled for September 25, 2025. To date, the parties not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 24, 2025.**

SO ORDERED.

Dated: September 23, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge