# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Svitlana Astakhova
Associate
Midtown Office
sastakhova@gvlaw.com
212-683-7100

> GRANTED. This action is remanded to state court.
>
> This action was improperly removed because there isn't complete diversity between the parties. 28 U.S.C. Section 1332(a)(1). Defendant Rodriguez is a New York citizen as are plaintiffs Alcantara and Mendez. *See* Dkt. 1-3 at 19.
>
> The Clerk of Court is respectfully directed to remand this case to the Supreme Court of the State of New York, Bronx County. The Clerk of Court is further directed to terminate the motion at ECF No. 6 and to close this case.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: September 24, 2025

September 23, 2025

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:  *Orlando Alcantara et al v. Pettiford et al*
     Case No.: 1:25-cv-04810-AS

Your Honor:

Defendants Daquan I. Pettiford and The Eagle Express, LLC respectfully submit this application to remand this matter to State Court, for the reasons set forth below.

This personal injury matter arises out of an alleged motor vehicle accident, which occurred on May 30, 2024, on 195 Road in the town of Mamaroneck in Westchester County, New York. Plaintiffs Orlando Alcantara Alcantara and Leonel Mendez Mendez claim they were passengers in a vehicle operated by Defendant Juan Carlos Rodriguez Rodriguez, which was allegedly struck by a vehicle operated by Defendant Daquan I. Pettiford (ECF Doc. No. 1-1).

At the time the Petition to Remove was filed in this matter (ECF Doc. No. 1), the undersigned believed that Defendant Juan Carlos Rodriguez Rodriguez, who had not appeared in the action at that time, was a citizen of the State of New Jersey, county of Passaic. The undersigned held that belief based on the information in defendant Rosriguez's driver's license presented at the scene of the accident.

Since the Petition was filed, Defendant Rodriguez appeared in State Court by and through his counsel Peknic, Peknic, & Schaefer, LLC. The undersigned contacted the counsel requesting confirmation as to Defendant Rodriguez's citizenship and was affirmatively advised that Defendant Rodriguez is a citizen of the State of New York, County of Bronx. As such, the undersigned has now learned that this matter lacks diversity pursuant to 28 U.S.C. § 1332 (a). We sincerely apologize to the Honorable Court for the inadvertent error.

Accordingly, Defendants Daquan I. Pettiford and The Eagle Express, LLC respectfully request that this action is remanded and proceeds further in the Supreme Court of the State of New York in Bronx County. Counsel for Defendant Rodriguez is aware of this motion and consents.

Manhattan 90 Broad Street, Suite 1202, New York, NY 10004; New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601
Westchester 1 Bridge Street, Suite 104, Irvington, NY 10533; Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
Midtown 630 3rd Avenue, 3rd Floor, New York, NY 10017

Including the former operations of Rubin, Fiorella, Friedman & Mercante LLP

The undersigned attempted to obtain consent from Plaintiffs' counsel but has not received a response.

                                                        Respectfully submitted,

                                                        Svitlana Astakhova, Esq.
                                                        GALLO VITUCCI KLAR LLP

Hach & Rose, LLP
*Counsel for Plaintiffs*
Orlando Alcantara Alcantara and
Leonel Mendez Mendez
info@hachroselaw.com

Peknic, Peknic, & Schaefer, LLC
*Counsel for Defendant*
Juan Carlos Rodriguez Rodriguez
cpapandrew@pekniclaw.com